# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00221-CV

In re Daryl Smith

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Having considered Relator's Motion for Rehearing, filed June 25, 2026, the Motion for Rehearing is granted and the Memorandum Opinion, issued June 25, 2026, is withdrawn, and this opinion is substituted in its place.

Relator's Petition for Writ of Mandamus, filed on June 8, 2026, and Relator's First Amended Petition for Writ of Mandamus, filed on June 22, 2026, are denied. Relator's Emergency Motion for Temporary Relief, filed on June 8, 2026, is dismissed as moot. Relator's Motion to File Under Seal, filed on June 8, 2026, is granted.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: July 16, 2026

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Petitions denied
Motions granted
Motion dismissed
OT06

